IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fowler, Elsie C

Printed: 1/22/08

Case Number: 04 B 26424
Judge: Goldgar, A. Benjamin

Filed: 7/15/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: January 18, 2008
Confirmed: September 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,634.62 |  |
| Secured: |  | 3,635.39 |
| Unsecured: |  | 7,532.29 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,694.00 |
| Trustee Fee: |  | 772.94 |
| Other Funds: |  | 0.00 |
| Totals: | 14,634.62 | 14,634.62 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,694.00 | 2,694.00 |
| 2. | Ameriquest Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 3,635.39 | 3,635.39 |
| 5. | Capital One | Unsecured | 2,157.49 | 2,157.49 |
| 6. | RoundUp Funding LLC | Unsecured | 886.48 | 886.48 |
| 7. | Specialized Management Consultants | Unsecured | 933.57 | 933.57 |
| 8. | ECast Settlement Corp | Unsecured | 2,951.55 | 2,951.55 |
| 9. | Capital One | Unsecured | 603.20 | 603.20 |
| 10. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 11. | Ford Motor Credit Corporation | Secured |  | No Claim Filed |
| 12. | Ford Motor Credit Corporation | Unsecured |  | No Claim Filed |
| 13. | ENH Medical Group | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 13,861.68 | $ 13,861.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 155.99 |
| 4% | 36.00 |
| 3% | 27.00 |
| 5.5% | 148.51 |
| 5% | 32.51 |
| 4.8% | 76.77 |
| 5.4% | 296.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Fowler, Elsie C

Printed:  1/22/08

Case Number:  04 B 26424
Judge:  Goldgar, A. Benjamin
Filed:  7/15/04

_____
$ 772.94

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

